

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-18-00290-CV

Style:      Jeffrey A. Harberson v. Brianne Strickland

Date motion filed*:      January 14, 2019

Type of motion:      Third Motion to Extend Time to File Brief

Party filing motion:      Pro se Appellant Jeffrey A. Harberson

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

    Original due date:      July 30, 2018

    Number of extensions granted:    2    Current Due Date: November 28, 2018

    Date Requested:      N/A

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  February 13, 2019.

        ☑   **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _No appellant's brief has been filed in this case or in appellate cause No. 14-18-00449-CV.  Accordingly, the Court **grants** appellant's third motion to extend time to file appellant's brief, but **no further extensions will be granted**, and this Court will dismiss this appeal for want of prosecution if no brief is timely filed by February 13, 2019.  *See* TEX. R. APP. P. 42.3(b)._____

Judge's signature: _____/s/ Laura C. Higley_____

           x  Acting individually    ☐  Acting for the Court

Date: __January 24, 2019_____